**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Benjamin SANCHEZ–PACHECO,**
**Defendant—Appellant.**

No. 02–35520.
D.C. Nos. CV–01–62221–MRH,
CR–97–60108–MRH.

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Submitted Sept. 8, 2003.*

Decided Sept. 19, 2003.

William E. Fitzgerald, Assistant U.S. Attorney, Eugene, OR, for Plaintiff–Appellee.

David B. Thompson, Law Office Of David B. Thompson, Portland, OR, for Defendant–Appellant.

Before ALDISERT,** GRABER, and GOULD, Circuit Judges.

### MEMORANDUM***

Petitioner Benjamin Sanchez–Pacheco appeals from the district court's denial of his § 2255 petition, arising from his conviction on methamphetamine-related charges. We affirm.

Petitioner's counsel was not deficient in failing to move for recusal of the trial judge. *See Strickland v. Washington,* 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984) (setting forth two-part test for determining whether petitioner received ineffective assistance of counsel). Counsel made a reasoned and reasonable tactical decision in advising Petitioner to have a bench trial and to do so before this judge.

Additionally, even if counsel's performance was somehow deficient, Petitioner cannot demonstrate prejudice, the second part of the *Strickland* test. A recusal motion probably would not have been successful. The knowledge of Petitioner's ini-

tial wish to plead guilty was acquired in the judge's judicial capacity. *See United States v. Monaco,* 852 F.2d 1143, 1147 (9th Cir.1988) (noting that a party cannot attack a judge's impartiality based on information learned while acting in the judge's official capacity). Moreover, there is no evidence of a deep-seated antagonism that would have made fair judgment impossible. *See Liteky v. United States,* 510 U.S. 540, 555, 114 S.Ct. 1147, 127 L.Ed.2d 474 (1994) (stating standard).

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** The Honorable Ruggero J. Aldisert, Senior United States Circuit Judge for the Third Circuit, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

